**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-6138**

_____

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

       v.

ERIC D. WHITE, a/k/a Eric Barnes, a/k/a Tiger, a/k/a Eric
Carter, a/k/a Erick Barnes, a/k/a Eric Keene, a/k/a Eric
Kane, a/k/a Eric Tiger,

             Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Senior
District Judge. (1:92-cr-00256-JCC-4)

_____

Submitted: June 17, 2010              Decided: June 25, 2010

_____

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Eric D. White, Appellant Pro Se. Lawrence Joseph Leiser,
Assistant United States Attorney, Alexandria, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric D. White appeals the district court's order denying his 18 U.S.C. § 3582 (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. White, No. 1:92-cr-00256-JCC-4 (E.D. Va. filed Jan. 5, 2010 & entered Jan. 6, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED